UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan TZY TAUTIU; Alejandro VERA ANGEL,

                    Petitioners,

          -against-

Kenneth GENALO, in his official capacity as Field
Office Director of New York, Immigration and
Customs Enforcement; Kristi NOEM in her official
capacity as Secretary of Homeland Security; Pam
BONDI, in her official capacity as Attorney
General,

                    Respondents.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/12/2026
```

26 Civ. 1180 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court is in receipt of Petitioners' application for a writ of habeas corpus under 22 U.S.C. § 2241.  *See* ECF No. 1.  Petitioners' transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

        The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.  Counsel for Respondents shall promptly enter an appearance.

        SO ORDERED.

Dated: February 12, 2026
         New York, New York

_____
        ANALISA TORRES
   United States District Judge