UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan TZAY TAUTIU,

                Petitioners,

        -against-

Kenneth GENALO, in his official capacity as Field
Office Director of New York, Immigration and
Customs Enforcement; Kristi NOEM in her official
capacity as Secretary of Homeland Security; Pam
BONDI, in her official capacity as Attorney
General,

                Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/25/2026

26 Civ. 1180 (AT)

**<u>ORDER</u>**

ANALISA TORRES, District Judge:

By **February 26, 2026**, the government shall file a letter addressing the impact, if any, of the ICE Voluntary Departure Form, filed at ECF No. 8-3, on: (1) the appropriate basis for Tzay Tautiu's detention, and (2) the appropriate remedy to his petition. *See, e.g.*, *Bonilla v. Noem*, No. 2:26-cv-757 (E.D.N.Y. Feb. 12, 2026).  By **February 27, 2026**, the Petitioner shall file its letter addressing the same.

The government states that it has authority to detain Tzay Tautiu pending his release pursuant to 8 C.F.R. § 240.25(b), which states "[t]he Service may attach to the granting of voluntary departure any conditions it deems necessary to ensure the alien's timely departure from the United States," including detention.  *See* Gov. Ltr. at 2, ECF No. 8.  The parties' letters shall also address 8 C.F.R. § 240.25(b)'s effect on Tzay Tautiu's detention, including whether any evidence in the record suggests that conditions were "attach[ed]" to Tzay Tautiu's Form I-210.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

        SO ORDERED.

Dated: February 25, 2026
      New York, New York

                                   ANALISA TORRES
                             United States District Judge