```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/27/2026__
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

Juan TZAY TAUTIU,

    *Petitioner*,

v.

Kenneth GENALO, in his official capacity as Field Office Director of New York, Immigration and Customs Enforcement; Kristi NOEM in her official capacity as Secretary of Homeland Security; Pam BONDI, in her official capacity as Attorney General.

    *Respondents*.

---

Case No. 1:26-cv-01180-AT

**NOTICE OF VOLUNTARY DISMISSAL**

    WHEREAS, on February 12, 2026, Petitioner, Juan Tzay Tautiu, brought this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 to seek release from Respondents' custody; and

    WHEREAS Respondents have not yet filed an answer to the instant Petition and have indicated in a filing to the Court that they do not intend to provide further briefing or answer (ECF No. 7 at *2); therefore,

    Petitioner hereby voluntarily dismisses the instant Petition without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Brooklyn, New York
February 12, 2026

Respectfully submitted,

_____
Paige Austin, Esq.
Make the Road New York
301 Grove Street
Brooklyn, New York 11237
Tel. (718) 565-8500 ext. 4139

*Attorney for Petitioner*

---

The petition is dismissed without prejudice, and the Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: February 27, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge